IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DWAYNE MINGO | : | CIVIL ACTION |
| v. | : | |
| SUPT. JAMES GRACE, et al. | : | NO. 06-cv-5236-EL |

O R D E R

AND NOW, this 3rd day of August, 2007, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, it is hereby

**ORDERED**

1. The Report and Recommendation is APPROVED and ADOPTED;
2. The petition for a writ of habeas corpus is DISMISSED;
3. Petitioner's Motion for Order Compelling Disclosure or Discovery (Doc. No. 15) is DENIED;
4. Objections are overruled; and
5. A certificate of appealability is not granted.

    /s/ Edmund V. Ludwig
Edmund V. Ludwig,   J.